UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF13210 (rev 07/2014)

In re:

**Michelle Lynn Golden**,　　　　　　　　　　　　　Case No. **14–11224–RLM–13**
SSN: xxx–xx–1054　　　EIN: NA
　　5232 Heathwood Drive
　　Indianapolis, IN 46237
　　　　　Debtor(s).

# NOTICE OF FILING OF CHAPTER 13 PLAN

A(n) Chapter 13 Plan was filed on December 16, 2014, by Debtor Michelle Lynn Golden. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by January 16, 2015, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated: December 19, 2014　　　　　　　　Kevin P. Dempsey
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court